JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GOODIN-CORRICK, | Case No.: 2:21-CV-08926-JFW-KSx |
| Plaintiff, | **ORDER TO REMAND MATTER TO ORANGE COUNTY SUPERIOR COURT** |
| vs. | |
| FCA US LLC; and DOES 1 through 10, inclusive, | Judge: Hon. John F. Walker |
| Defendants. | |

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND MATTER TO LOS ANGELES COUNTY SUPERIOR COURT, the Court finds good cause and hereby ORDERS:

This entire matter is hereby remanded to the Superior Court of the State of California, for the County of Los Angeles.

IT IS SO ORDERED.


**DATED:  December 3, 2021**

HONORABLE JOHN F. WALKER
UNITED STATES DISTRICT COURT JUDGE